IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| OTIS E. WEST, JR., | ) | |
| Plaintiff, | ) | |
| v. | ) | **J-U-D-G-M-E-N-T** |
| CITY OF SALISBURY, NORTH CAROLINA, | ) | 1:10CV646 |
| Defendant. | ) | |

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (docket no. 19) is **GRANTED** and this action is **DISMISSED** with prejudice.

_____
WALLACE W. DIXON
United States Magistrate Judge

September 2, 2011