# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| OTIS E. WEST, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **J-U-D-G-M-E-N-T** |
| ) | |
| CITY OF SALISBURY, ) | 1:10CV646 |
| NORTH CAROLINA, ) | |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Order filed contemporaneously with this Judgment,

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's motion for summary judgment (docket no. 19) is **GRANTED** and this action is **DISMISSED** with prejudice.

_____
WALLACE W. DIXON
United States Magistrate Judge

September 2, 2011